al., Appellants, et al., Defendant. [959 NYS2d 86]—Motion for reargument or leave to appeal to the Court of Appeals denied. Present—Scudder, P.J., Smith, Centra, Lindley and Martoche, JJ.

■ LORI HOOVER, Respondent, and JESSICA BOWERS, Respondent-Appellant, v NEW HOLLAND NORTH AMERICA, INC., Formerly Known as FORD NEW HOLLAND, INC., et al., Appellants-Respondents, et al., Defendants. CNH AMERICA LLC, Third-Party Plaintiff-Appellant, v KYLE P. ANDREWS, Treasurer of Niagara County, as Temporary Administrator for the Estate of GARY HOOVER, Deceased, Third-Party Defendant-Respondent. (Appeal No. 1.) [959 NYS2d 85]—Motion for reargument or leave to appeal to the Court of Appeals denied. Present—Centra, J.P., Fahey, Peradotto, Carni and Sconiers, JJ.

■ LORI HOOVER et al., Respondents, v NEW HOLLAND NORTH AMERICA, INC., Formerly Known as FORD NEW HOLLAND, INC., et al., Appellants, et al., Defendants. CNH AMERICA LLC, Third-Party Plaintiff-Appellant, v KYLE P. ANDREWS, Treasurer of Niagara County, as Temporary Administrator for the Estate of GARY HOOVER, Deceased, Third-Party Defendant-Respondent. (Appeal No. 2.) [959 NYS2d 86]—Motion for reargument or leave to appeal to the Court of Appeals denied. Present—Centra, J.P., Fahey, Peradotto, Carni and Sconiers, JJ.

■ CHRISTINE L. PALERMO, Respondent, v JOSEPH A. PALERMO, Appellant. [959 NYS2d 85]—Motion for leave to appeal to the Court of Appeals denied. Present—Scudder, P.J., Fahey, Carni, Valentino and Martoche, JJ.

■ VIRGINIA S. PAUL, Appellant, v DAVID G. COOPER, as Administrator of the Estate of ERNEST R. COOPER, Deceased, et al., Respondents. (Appeal No. 1.) [959 NYS2d 85]—Motion for reargument or leave to appeal to the Court of Appeals denied. Present—Scudder, P.J., Fahey, Carni, Valentino and Martoche, JJ.

■ VIRGINIA S. PAUL, Appellant, v DAVID G. COOPER, as Administrator of the Estate of ERNEST R. COOPER, Deceased, et al., Respondents. (Appeal No. 2.) [959 NYS2d 86]—Motion for reargument or leave to appeal to the Court of Appeals denied. Present—Scudder, P.J., Fahey, Carni, Valentino and Martoche, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. JAMAR GILMORE, Appellant, v HAROLD D. GRAHAM, Superintendent, Auburn Correctional Facility, Respondent. [959 NYS2d 85]—Mo-